UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL CALLE, on behalf of himself and other similarly situated,

                Plaintiff,

-against-

1226 SECOND AVENUE REALTY CORP. d/b/a PRIMOLA RESTAURANT, DJULIANO ZULIANI, and SAMUEL MOROCHO,

                Defendants.

Case No. 1:25-cv-05217 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    A mediation was assigned to this case on September 12, 2025. The parties shall provide a brief joint update on the status of their mediation efforts, including when the mediation is expected to conclude, by **November 24, 2025**.

Dated: November 19, 2025
       New York, New York

                                        SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge