UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CALLE, on behalf of himself
and others similarly situated,

Plaintiff,

-against-

1226 SECOND AVENUE REALTY CORP.
d/b/a PRIMOLA RESTAURANT,
DJULIANO ZULIANI, and SAMUEL
MOROCHO,

Defendants.

Case No. 1:25-cv-05217 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 26, 2025, the parties filed a letter to inform this Court that they had reached a settlement in principle and "anticipate[d] needing 30 days to finalize the Offer and acceptance and file them on the docket." Dkt. 22 at 1. Forty days have passed since the submission of that letter, and the parties have yet to submit anything to the Court. Accordingly, the parties are to file the Offer and acceptance on the docket by **January 9, 2026**.

Dated: January 5, 2026
        New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge