UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CALLE, on behalf of himself and others similarly situated,

Plaintiff,

v.

1226 SECOND AVENUE REALTY CORP. d/b/a PRIMOLA RESTAURANT, DJULIANO ZULIANI and SAMUEL MOROCH,

Defendants.

No.: 25-cv-5217 (JLR)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 68, Plaintiff Angel Calle and Opt-in Plaintiffs Javier Molina and Luis Calle accept Defendants 1226 Second Avenue Realty Corp., Djuliano Zulani (s/h/a Djuliano Zuliani) and Samuel Morocho Offer of Judgment of Fourteen Thousand Dollars and Zero Cents ($14,000) in the above-captioned action. The Offer of Judgment is attached hereto as Exhibit 1.

Dated: New York, New York
January 6, 2026

JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006

By: ______________________
Josef Nussbaum