UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CALLE, on behalf of himself and others
similarly situated,

                     Plaintiff,

    v.

1226 SECOND AVENUE REALTY CORP. d/b/a
PRIMOLA RESTAURANT, DJULIANO ZULIANI
and SAMUEL MOROCH,

                    Defendants.

No.: 25-cv-5217 (JLR)

## [proposed] JUDGMENT

WHEREAS, pursuant to Fed. R. Civ. P. 68, Defendants 1226 Second Avenue Realty Corp., Djuliano Zulani (s/h/a Djuliano Zuliani) and Samuel Morocho (collectively, "Defendants"), have offered to allow judgment to be entered against them and in favor of Plaintiff Angel Calle and Opt-in Plaintiffs Javier Molina and Luis Calle (collectively, "Plaintiffs"); and

WHEREAS, all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS, Plaintiffs having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Fourteen Thousand Dollars and Zero Cents ($14,000) against the Defendants 1226 Second Avenue Realty Corp., Djuliano Zulani (s/h/a Djuliano Zuliani) and Samuel Morocho and in favor of Plaintiff Angel Calle and Opt-in Plaintiffs Javier Molina and Luis Calle shall be entered encompassing all of Plaintiffs' causes of action in the Complaint in this Action.

    The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York
              _____January 6___, 2026

                             _____
                             Hon. Jennifer L. Rochon (U.S.D.J.)